DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone:  (702) 577-9300
Direct Line:  (702) 577-9304
Facsimile:  (702) 255-2858
Email:  dwrenn@grsm.com

*Attorneys for Defendants,*
*UNIVERSAL PROTECTION SERVICE, LP, d/b/a*
*ALLIED UNIVERSAL SECURITY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SINGLETERRY, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>UNIVERSAL PROTECTION SERVICE, LP, d/b/a Allied Universal Security, a Foreign Limited Partnership,<br><br>              Defendant. | CASE NO.  2:25-cv-00638-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 15 |

  Defendant Universal Protection Service, LP d/b/a Allied Universal Security ("Defendant" or "Universal"), by and through its attorney, Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP and Plaintiff Paul Singleterry ("Plaintiff" or "Singleterry") by and through his attorney Trevor J. Hatfield, Esq. of the law firm of Hatfield & Associates, Ltd. (collectively the "Parties") hereby stipulate to the dismissal with prejudice of all claims against Defendant in the above-entitled matter.

///

///

///

///

///

///

-1-

The parties further stipulate that all parties are to bear their own fees and costs.

DATED this 5th day of November 2025.                    DATED this 5th day of November 2025.

**GORDON REES SCULLY**                                  **HATFIELD & ASSOCIATES, LTD.**
**MANSUKHANI, LLP**

*/s/ Dione C. Wrenn*                                    */s/ Trevor J. Hatfield*

DIONE C. WRENN, ESQ.                                    TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 13285                                    Nevada Bar No. 7373
300 South Fourth Street, Suite 1550                     703 South Eighth Street
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89101

***Attorneys for Defendant,***                          ***Attorney for Plaintiff,***
***Universal Protection Service, LP, d/b/a***           ***Paul Singleterry***
***Allied Universal Security***

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 14, 2025

-2-